UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN MUCKRAKERS PAC, INC., and DAVID B. WHEELER, in his Individual Capacity and as President of American Muckrakers PAC, Inc.<br><br>Moveants,<br><br>V.<br><br>TODD BLANCHE, in his Individual Capacity.<br><br>Respondent. | MISC. NO.:   To Be Assigned |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
MOTION TO REVOKE PRO HAC VICE ADMISSION OF TODD BLANCHE
(LCvR 83.2(e))**

### INTRODUCTION

Pro hac vice status in this District is a privilege, not a right. Under LCvR 83.2(e), the Court may revoke pro hac vice admission for "any misconduct," and all attorneys admitted pro hac vice must comply with the D.C. Rules of Professional Conduct. Respondent Todd Blanche has not done so.

While serving as Deputy Attorney General, Blanche has engaged in public and professional misconduct incompatible with the standards of this Court. His conduct includes:

A. Unwaivable conflicts of interest arising from his prior representation of Donald Trump;

B. Prejudicial extrajudicial statements regarding active D.C. prosecutions;

C. Interference with ethics and disciplinary processes;

D. Inflammatory public attacks on federal judges; and

1

E. Participation in the Ghislaine Maxwell interview despite conflicts linked to Trump.

This conduct violates Rules 1.7, 1.9, 3.6, and 8.4(d) of the D.C. Rules of Professional Conduct. It also undermines public confidence in this Court. Revocation is therefore required.

## LEGAL STANDARD

LCvR 83.2(e) provides: "An attorney admitted pro hac vice may be disciplined or disqualified by the Court for misconduct." PHV attorneys must comply with:

A. D.C. Rule 1.7 (conflicts of interest)

B. D.C. Rule 1.9 (duties to former clients)

C. D.C. Rule 3.6 (extrajudicial statements)

D. D.C. Rule 8.4(d) (conduct prejudicial to justice)

Federal courts regularly revoke pro hac vice status for conflicts or misconduct. See In re Taylor, 2019 WL 13200558 (D.D.C. 2019); United States v. Monsanto, 491 U.S. 600 (1989).

## ARGUMENT

A. <u>Blanche's Conflicts of Interest Require Revocation (Rules 1.7 & 1.9)</u>

Blanche represented Donald Trump personally. Now, as DAG, he oversees matters directly affecting Trump—including Trump's $230 million reimbursement claim and related D.C. filings. (Exs. A–D). This is an unwaivable conflict.

B. <u>Blanche Made Prejudicial Public Statements About Active D.C. Cases (Rule 3.6)</u>

In multiple interviews, Blanche described Trump's D.C. cases as "vindictive" and suggested insider knowledge about ongoing proceedings. (Exs. E–G). These comments threaten the fairness of ongoing matters.

C. <u>Blanche Interfered With Ethics Oversight (Rule 8.4(d))</u>

Blanche publicly announced policies shielding DOJ attorneys from professional complaints and bar referrals, undermining independent oversight. (Exs. H–K).

**D.** <u>Blanche Publicly Attacked Federal Judges (Rule 8.4(d))</u>

Blanche's speeches declaring "war" on "rogue activist judges" are incompatible with the standards of federal practice. (Exs. L–P).

**E.** <u>Blanche Participated in the Epstein/Maxwell Interview Despite Conflicts</u>

Blanche took part in, supervised, or failed to recuse from the Maxwell interview, despite its intersection with Trump-related matters. (Exs. Q–W). Each of these actions independently violates the D.C. Rules; together, they mandate revocation.

## CONCLUSION

For the foregoing reasons, Movants respectfully request that the Court revoke Todd Blanche's pro hac vice admission and refer this matter to the New York State Bar and DOJ OPR.

Dated: November 17, 2025

Respectfully submitted,

David B. Wheeler

237 Rock Ledge Rd.
Spruce Pine, NC 28777
(312) 213-6001
david@americanmuckrakers.com

*Pro-Se Moveant for David B. Wheeler, in his individual capacity and as President, American Muckrakers PAC, Inc.*

## Certificate of Service

I certify that on November 17, 2025, a copy of this Motion, Memorandum of Points and Authorities, Exhibit Index, and Proposed Order was served on Todd Blanche, DAG, via U.S. Mail to United State Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530.

Respectfully submitted,

David B. Wheeler

237 Rock Ledge Rd.
Spruce Pine, NC 28777
(312) 213-6001
david@americanmuckrakers.com

*Pro-Se Moveant for David B. Wheeler, in his individual capacity and as President, American Muckrakers PAC, Inc.*