UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN MUCKRAKERS PAC, INC., and DAVID B. WHEELER, in his Individual Capacity and as President of American Muckrakers PAC, Inc.<br><br>Moveants,<br><br>V.<br><br>TODD BLANCHE, in his Individual Capacity.<br><br>Respondent. | MISC. NO.:   To Be Assigned |

**EXHIBIT LIST TO MOVEANTS PETITION**

**Trump $230 Million Reimbursement Demand (Exhibits A–D)**

**Exhibit A**:  New York Times – "Trump Said to Demand Justice Dept. Pay Him $230 Million"
Key excerpt: "President Trump is demanding that the Justice Department pay him about $230 million in compensation for the federal investigations into him... The situation has no parallel in American history."

**Exhibit B**: House Judiciary Democrats Letter (Oct. 27, 2025)

**Exhibit C**:  CNN – "What We Know About Trump's Bid for Taxpayer Compensation"
Key excerpt: "Trump's $230 million demand... far dwarfs past DOJ payouts... His ask... shines a light on the possible ethics conflicts." Details claims under Federal Tort Claims Act and negotiation status.

**Exhibit D**: Sen. Adam Schiff – "No Torts for Trump Act" Press Release
Key excerpt: "The core feature of Donald Trump's presidency is corruption... My bill would ensure that taxpayers are not ripped off." Includes co-sponsors and supporter quotes; links to bill PDF.

1

## Blanche Improper Public Statements (Exhibits E–G)

**Exhibit E:** NBC News: "Read the full transcript of Ghislaine Maxwell's DOJ interviews The Jeffrey Epstein associate spoke with Deputy Attorney General Todd Blanche over two days last month."

**Exhibit F:** ABC News: "DOJ's Todd Blanche, who once blasted 'vindictive' prosecution of Trump, defends Comey charges. Trump's Jan. 6 charges were brought by "biased prosecutors," he said in 2023".

**Exhibit G:** CNN – "Blanche Comments on Trump Prosecutions"

## Interference with DOJ Ethics / Bar Complaints (Exhibits H–K)

**Exhibit H:** The Hill – "DOJ faces ethics nightmare with Trump bid for $230M settlement"

**Exhibit I:** Daily Caller – "How Trump's DOJ Will Protect Attorneys"
Key excerpt: "We're changing the regulation so that if there is a complaint against one of our trial attorneys... we will look at it with our ethics department." Details in-house handling and D.C. Bar criticism.

**Exhibit J:** CBS News: "Trump's legal crackdown on "sanctuary" jurisdictions yields few results so far" (October 2, 2025)

**Exhibit K:** Scripps News – "Huge Ethical Concerns in DOJ Settlements"
Key excerpt: "I think we have huge ethical concerns here... because the claim is being made by President Trump to his own Department of Justice." Quotes experts like Laurie Levenson.

## Blanche Attacks on Judges / Bar Associations (Exhibits L–P)

**Exhibit L:** Politico – Blanche Speech Coverage
Key excerpt: "There's a group of judges that are repeat players... and it's a war, man." Covers Blanche's Federalist Society remarks on "rogue activist judges

**Exhibit M:** Axios – "DAG Declares War on Judges"

**Exhibit N:** Bloomberg Law – "Former Judges Warn of Grave Threat"
Key except: "A group of former federal judges is pushing back against a Trump administration official's rhetoric portraying judicial opposition as a 'war.'" Focuses on Blanche's comments.

**Exhibit O:** YouTube – Blanche Fireside Chat (Nov. 8, 2025)
Title: "Fireside Chat with Deputy Attorney General Todd Blanche [2025 NLC]"; upload date: Nov. 8
Key excerpt: Blanche discusses DOJ background, prosecutor experiences, and "batshit crazy" Biden-era actions. Moderator: Gene Hamilton.

**Exhibit P:** UC Berkeley Law– "Coalition Rips Blanche for Judicial Attacks"

Key Excerpt: "A group of former federal judges on Thursday condemned what they called..."

---

### Epstein/Maxwell Conflict (Exhibits Q–W)

**Exhibit Q:** DOJ – Maxwell Interview Transcript (Redacted)

**Exhibit R:** NPR – "DOJ Releases Maxwell Interview Transcripts"
Key excerpt: "Maxwell told Blanche that she may have met Trump... she never witnessed him in any 'inappropriate setting.'" Covers Trump, Clinton, and Epstein's death.

**Exhibit S:** PBS – "Read the Maxwell Transcripts"
Key excerpt: "I never witnessed the President in any inappropriate setting in any way."

**Exhibit T:** CNN – Full Transcript (Aug. 22, 2025)
Key excerpt: "The Justice Department gave the convicted sex trafficker limited immunity…"

**Exhibit U:** TIME – "What We Learned from the Maxwell Interview"
Key excerpt: "Maxwell distanced Trump from Epstein... 'I never saw the President in any type of massage setting.'" Analyzes no "client list," Epstein's death, Mossad claims.

**Exhibit V:** New York Times – Maxwell Transcript Release
Key excerpt: "Ghislaine Maxwell... told a top administration official she never saw President Trump engage in improper or illegal acts."

**Exhibit W:** Senate Judiciary Letter (July 28, 2025)

## **Certificate of Service**

I certify that on November 17, 2025, a copy of this Motion, Memorandum of Points and Authorities, Exhibit Index, and Proposed Order was served on Todd Blanche, DAG, via U.S. Mail to DOJ, 950 Pennsylvania Ave NW, Washington, DC 20530.

Respectfully submitted,

David B. Wheeler

237 Rock Ledge Rd.
Spruce Pine, NC 28777
Phone: (312) 213-6001
Email: david@americanmuckrakers.com

*Pro-Se Moveant for David B. Wheeler, in his individual capacity and as President, American Muckrakers PAC, Inc.*