CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS

CAPITAL DISTRICT 208

4 MAR 2026 PM 3 L

RECEIVED
MAILROOM

MAR 1 0 2026

Angela D. Caesar, Clerk
U.S. District & Bankruptcy Courts
for the District of Columbia

**DAVID B. WHEELER**
237 Rock Ledge Road
Spruce Pine, NC 28777

20001-999955